An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

REESE ROBERT WALDRON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66841

**FILED**

DEC 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to overturn/dismiss case based upon a violation of the Interstate Agreement on Detainers. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-39620

cc: Hon. Robert W. Lane, District Judge
Reese Robert Waldron
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A